No. 74–5255. LOMBARDI *v.* FOLLETTE, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–5256. BENEVIDES *v.* CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 74–5260. JONES *v.* McCARTHY, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 74–5264. ERWIN *v.* LEEKE, CORRECTIONS DIRECTOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 74–5269. QADIR *v.* COUNTY OF SANTA CLARA ET AL. C. A. 9th Cir. Certiorari denied.

No. 74–5270. PERKINS *v.* OKLAHOMA. C. A. 10th Cir. Certiorari denied.

No. 74–5271. GRAHAM *v.* HALES ET AL. C. A. 4th Cir. Certiorari denied.

No. 74–5278. PITTMAN *v.* LEWIS, PRISON SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 74–5286. LOMBARDI *v.* CASSCLES, CORRECTIONAL SUPERINTENDENT. C. A. 2d Cir. Certiorari denied.

No. 74–5288. MYERS, DBA ROMYCO STEREO *v.* AMPEX, INC., ET AL. C. A. 5th Cir. Certiorari denied.

No. 74–5293. SMITH *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 74–5296. CLARK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 74–5305. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 74–5332. RADEMAKER *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.